IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY EUGENE SAFFOLD,

    Petitioner,        No. CIV S-06-0928 DFL KJM P

  vs.

K. MENDOZA-POWERS,

    Respondent.      ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. In his application, petitioner challenges the result of a disciplinary hearing that was held at Avenal State Prison in Kings County. Kings County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).

        As provided by Local Rule 3-120(f), a civil action that has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. This court will not rule on petitioner's request to proceed in forma pauperis or his request for the appointment of counsel.

/////

1

1       Good cause appearing, IT IS HEREBY ORDERED that:

2       1.  This court has not ruled on petitioner's request to proceed in forma pauperis or
3   his request for the appointment of counsel;

4       2.  This action is transferred to the United States District Court for the Eastern
5   District of California sitting in Fresno; and

6       3.  All future filings shall reference the new Fresno case number assigned and
7   shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

11  DATED: June 5, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2
saff0928.109